U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

OCT 2 8 2008

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| HAROLD L. ROSBOTTOM, JR. | CIVIL ACTION NO. 08-cv-0522 |
| VERSUS | JUDGE STAGG |
| GTECH CORP., ET AL | MAGISTRATE JUDGE HORNSBY |

# O R D E R

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the Motion to Compel Arbitration (Doc. 10) is **granted** as follows: Harold L. Rosbottom, Jr., GTECH Corporation, and Spielo Manufacturing, ULC are ordered to submit to and/or commence arbitration proceedings in accordance with the arbitration provisions of the First Amended and Restated Video Gaming Device Distribution Agreement and the Video Site Controller Distribution Agreement attached to the motion.

**IT IS FURTHER ORDERED** that this litigation is stayed pursuant to the Federal Arbitration Act. Due to the unlikely event that any further activity will occur in this civil action in the reasonably foreseeable future, the Clerk of Court is directed to close this civil action for administrative purposes.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the 28th day of October, 2008.

_____
UNITED STATES DISTRICT JUDGE